HALCROW, Respondent, v. BROGAN, Appellant. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Kate Halcrow against Charles Brogan. A. Knox, for appellant. J. F. Harrington, for re-

spondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.